UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAYUGA NATION, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 17-1923 (CKK) |
| RYAN ZINKE, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

NOTICE OF FILING

Defendant hereby gives notice of the filing of the revised Administrative Record. Excerpts from this Administrative Record are likely to be cited in the parties' Dispositive Motions.

          Respectfully Submitted,

          JESSIE K. LIU
          D.C. BAR # 472845
          United States Attorney
          for the District of Columbia

          DANIEL F. VAN HORN
          D.C. BAR # 924092
          Civil Chief

By:   /s/
       BENTON G. PETERSON,
       BAR # 1029849
       Assistant United States Attorney
       U.S. Attorney's Office
       555 4th Street, N.W. - Civil Division
       Washington, D.C. 20530
       (202) 252-2534