*Cayuga Nation v. Zinke*
**Administrative Record**
**DOCUMENT INDEX**

| Date | Document | Total Pages | Bates # |
|---|---|---|---|
| 6/7/1994 | Resolution Appointing Sharon LeRoy Cayuga Secretary | 2 | AR-000001-AR-000002 |
| 5/29/1998 | Letter from Isaac to Gover | 2 | AR-000003-AR-000004 |
| 5/5/2003 | Letter from Isaac to Keel | 2 | AR-000005-AR-000006 |
| 7/28/2003 | Letter from LeRoy to Keel | 1 | AR-000007-AR-000007 |
| 8/11/2003 | Letter from Council to Keel | 1 | AR-000008-AR-000008 |
| 2/17/2005 | Letter from Isaac et al to White | 40 | AR-000009-AR-000048 |
| 3/15/2005 | Letter from Keel to Heath | 3 | AR-000049-AR-000051 |
| 3/17/2005 | Letter from Keel to Heath and Gold | 1 | AR-000052-AR-000052 |
| 7/18/2005 | Letter from Keel to Wheeler et al | 2 | AR-000053-AR-000054 |
| 5/31/2006 | Letter from Keel to Cayuga Council | 9 | AR-000055-AR-000063 |
| 8/25/2006 | Letter from Keel to Mudgan | 1 | AR-000064-AR-000064 |
| 5/4/2009 | 49 IBIA 164 | 31 | AR-000065-AR-000095 |
| 5/31/2011 | Employment Termination Notices | 4 | AR-000096-AR-000099 |
| 6/1/2011 | Letter from Bennett to Whitetree | 10 | AR-000100-AR-000109 |
| 6/2/2011 | Transmission from Bennett to Whitetree | 7 | AR-000110-AR-000116 |
| 6/3/2011 | Online New Articles Concerning Cayuga | 14 | AR-000117-AR-000130 |
| 6/4/2011 | Letter from Byczynski to Keel et al | 1 | AR-000131-AR-000131 |
| 6/6/2011 | Letter from Halftown et al to Keel | 1 | AR-000132-AR-000132 |
| 6/9/2011 | Letter from Heath to Keel - Exhibits | 30 | AR-000133-AR-000162 |
| 6/9/2011 | Letter from Heath to Keel | 8 | AR-000163-AR-000170 |
| 6/10/2011 | Letter from Heath to Keel | 11 | AR-000171-AR-000181 |
| 6/13/2011 | Email Chain Between Health, Keel, French | 9 | AR-000182-AR-000190 |
| 6/15/2011 | Letter from Heath to Keel | 11 | AR-000191-AR-000201 |
| 6/24/2011 | Letter from French to Keel - Exhibits | 90 | AR-000202-AR-000291 |
| 6/24/2011 | Letter from French to Keel | 9 | AR-000292-AR-000300 |
| 6/25/2011 | Letter from Heath to Keel with Exhibits | 48 | AR-000301-AR-000348 |
| 6/29/2011 | Letter from Heath to Keel - Exhibits | 36 | AR-000349-AR-000384 |
| 6/29/2011 | Letter from Health to Keel | 14 | AR-000385-AR-000398 |
| 7/5/2011 | Letter from French to Keel | 23 | AR-000399-AR-000421 |
| 7/11/2011 | June 2009 Cayuga Newsletter | 2 | AR-000422-AR-000423 |
| 8/19/2011 | Letter from Keel to French et al | 4 | AR-000424-AR-000427 |
| 8/22/2011 | Fed Ex Delivery Certification | 2 | AR-000428-AR-000429 |
| 9/16/2011 | Appellants' Notice of Appeal from RD Decision and Exhibits | 100 | AR-000430-AR-000529 |
| 9/16/2011 | IBIA Pre-Docketing Notice | 3 | AR-000530-AR-000532 |
| 9/29/2011 | Interested Parties' Motion for Immediate Effect of RD Decision and Exhibits | 188 | AR-000533-AR-000720 |
| 10/7/2011 | Appellee Entry of Appearance and Request for Extension | 6 | AR-000721-AR-000726 |
| 10/7/2011 | IBIA Docket Notice & Order Allowing Responses to Interested Parties' Motion | 3 | AR-000727-AR-000729 |
| 10/11/2011 | Letter from Appellant to Heath | 3 | AR-000730-AR-000732 |
| 10/13/2011 | Appellants' Non-Opposition to Extension | 4 | AR-000733-AR-000736 |
| 10/14/2011 | Order Granting Extension to RD for Submission of Record | 3 | AR-000737-AR-000739 |
| 10/17/2011 | Letter from Appellant to SOL | 5 | AR-000740-AR-000744 |
| 10/19/2011 | Letter from Heath to SOL | 9 | AR-000745-AR-000753 |
| 10/21/2011 | Letter from Heath to Appellant | 4 | AR-000754-AR-000757 |
| 10/26/2011 | Appellee Motion for Immediate Effect of RD Decision | 36 | AR-000758-AR-000793 |
| 10/27/2011 | Appellants' Response Brief to Interested Parties and Exhibits | 273 | AR-000794-AR-001066 |
| 10/27/2011 | Appellants' Supplemental Affidavit of Lee Alcott | 10 | AR-001067-AR-001076 |
| 10/27/2011 | Appellants' Unopposed Motion to Amend Scheduling Order | 7 | AR-001077-AR-001083 |

| Date | Description | Pages | Bates Range |
|---|---|---|---|
| 10/27/2011 | Interested Parties' Notice of Appearance | 3 | AR-001084-AR-001086 |
| 10/27/2011 | Interested Parties' Notice of Counsel Appearance | 11 | AR-001087-AR-001097 |
| 10/31/2011 | Order Allowing Appellants' Responses to RD | 5 | AR-001098-AR-001102 |
| 11/4/2011 | Certification of Administrative Record | 1 | AR-001103-AR-001103 |
| 11/4/2011 | Interested Parties' Motion for Leave to File Reply to Appellants | 6 | AR-001104-AR-001109 |
| 11/7/2011 | Appellants' Response to Appellee's Motion | 24 | AR-001110-AR-001133 |
| 11/7/2011 | Appellants' Second Supplemental Affidavit of Lee Alcott | 8 | AR-001134-AR-001141 |
| 11/7/2011 | Interested Parties' Reply to Appellant | 132 | AR-001142-AR-001273 |
| 11/9/2011 | Order Granting Interested Parties' Motion to File in Support of RD | 3 | AR-001274-AR-001276 |
| 11/16/2011 | Appellants' Motion for Leave to File Sur-Reply to Interested Parties | 36 | AR-001277-AR-001312 |
| 11/17/2011 | Appellant Sur-Reply Affirmations | 28 | AR-001313-AR-001340 |
| 11/17/2011 | Interested Parties' Reply to Response to Motion for Immediate Effectiveness | 21 | AR-001341-AR-001361 |
| 11/18/2011 | Appellee Response of Non-Opposition to Appellant Motions for Sur-Reply and Extension | 3 | AR-001362-AR-001364 |
| 11/18/2011 | Interested Parties' Opposition to Appellants' Motion for Leave to File Sur-Reply | 5 | AR-001365-AR-001369 |
| 11/21/2011 | Appellee Response Briefs and Exhibits | 77 | AR-001370-AR-001446 |
| 11/22/2011 | Affidavit of Lee Alcott | 23 | AR-001447-AR-001469 |
| 11/22/2011 | Appellant Motion to Recuse RD Keel and Exhibits | 43 | AR-001470-AR-001512 |
| 11/23/2011 | Orders Granting Extension for RD Reply and Misc. | 12 | AR-001513-AR-001524 |
| 12/6/2011 | IBIA Revised Table of Contents | 19 | AR-001525-AR-001543 |
| 12/30/2011 | Appellant Principal Brief | 42 | AR-001544-AR-001585 |
| 1/30/2012 | Appellee Answer | 27 | AR-001586-AR-001612 |
| 1/30/2012 | Interested Parties Response to Opening Brief and Exhibits | 41 | AR-001613-AR-001653 |
| 2/14/2012 | Appellant Reply Brief on Merits and Exhibits | 36 | AR-001654-AR-001689 |
| 4/20/2012 | Appellee Request to File Supplement to Motion for Immediate Effectiveness | 3 | AR-001690-AR-001692 |
| 4/27/2012 | Order Granting RD's Request to File Supplement to Motion for Immediate Effectiveness | 3 | AR-001693-AR-001695 |
| 5/17/2012 | Appellee's Supplement to Motion for Immediate Effectiveness and Exhibits | 33 | AR-001696-AR-001728 |
| 5/18/2012 | Interested Parties Brief in Support of Motion to Make Decision Effective Immediately and Exhibits | 73 | AR-001729-AR-001801 |
| 6/6/2012 | Appellants' Consolidated Response to Supplemental Briefs to Make Decision Immediately Effective | 148 | AR-001802-AR-001949 |
| 8/8/2012 | Notice of Change of Firm Name re Interested Parties | 5 | AR-001950-AR-001954 |
| 8/28/2012 | Order Denying Motion to Place Decision into Effect and Order for Supplemental Briefing | 7 | AR-001955-AR-001961 |
| 9/7/2012 | Appellee Request for Extension of Time for Supplemental Brief | 3 | AR-001962-AR-001964 |
| 9/21/2012 | Order Granting Appellee's Motion for Extension for Supplemental Briefing | 3 | AR-001965-AR-001967 |
| 9/24/2012 | Appellants' Supplemental Brief and Exhibits | 10 | AR-001968-AR-001977 |
| 9/24/2012 | Appellee's Supplemental Brief and Exhibits | 35 | AR-001978-AR-002012 |
| 9/24/2012 | Interested Parties' Supplemental Brief and Exhibits | 64 | AR-002013-AR-002076 |
| 10/15/2012 | Appellants' Supplemental Reply Brief | 24 | AR-002077-AR-002100 |
| 10/15/2012 | Appellee's Response to Appellants' Supplemental Brief | 3 | AR-002101-AR-002103 |
| 10/15/2012 | Interested Parties' Response to Appellants' Supplemental Brief and Exhibits | 22 | AR-002104-AR-002125 |
| 1/16/2014 | IBIA 12-005 Decision Vacating RD Decision | 17 | AR-002126-AR-002142 |
| 3/12/2014 | Letter from Jacobs and George to Keel | 9 | AR-002143-AR-002151 |
| 4/24/2014 | Letter from Halftown to Gordon | 2 | AR-002152-AR-002153 |
| 5/5/2014 | Letter from Bennett to Keel | 2 | AR-002154-AR-002155 |
| 5/5/2014 | Letter from George to Keel | 2 | AR-002156-AR-002157 |
| 5/6/2014 | Email from Crane to Harris et al | 2 | AR-002158-AR-002159 |

| Date | Description | Pages | Bates |
|---|---|---|---|
| 5/15/2014 | Letter from Keel to French et al | 4 | AR-002160-AR-002163 |
| 5/19/2014 | New York State Court Cases re Cayuga | 8 | AR-002164-AR-002171 |
| 6/26/2014 | Exhibit A for Jacobs Memo of Law and Facts | 52 | AR-002172-AR-002223 |
| 6/26/2014 | Exhibit B - Q for Jacobs Memo of Law and Facts | 48 | AR-002224-AR-002271 |
| 6/25/2014 | Exhibit R - Z for Jacobs Memo of Law and Facts | 55 | AR-002272-AR-002326 |
| 6/26/2014 | Jacobs Memo of Law and Facts | 47 | AR-002327-AR-002373 |
| 6/26/2014 | Letter from Berkey et al to Keel | 1 | AR-002374-AR-002374 |
| 6/27/2014 | Principal Submission of Halftown - Exhibits | 434 | AR-002375-AR-002808 |
| 6/27/2014 | Principal Submission of Halftown | 142 | AR-002809-AR-002950 |
| 7/7/2014 | Letters from Heath to Keel and Jewell | 5 | AR-002951-AR-002955 |
| 7/11/2014 | Halftown Response Memorandum | 72 | AR-002956-AR-003027 |
| 7/11/2014 | Jacobs Reply Memo of Law and Facts | 42 | AR-003028-AR-003069 |
| 7/11/2014 | Letter from DeBruin to Jewell | 3 | AR-003070-AR-003072 |
| 8/12/2014 | Letter from DeBruin to Jewell | 2 | AR-003073-AR-003074 |
| 8/2/2014 | Letter from DeBruin to Blackhair | 2 | AR-003075-AR-003076 |
| 9/9/2014 | Letter from Bennett et al to Cayuga Nation Unity Council | 1 | AR-003077-AR-003077 |
| 10/7/2014 | Letter from DeBruin to Maytubby | 11 | AR-003078-AR-003088 |
| 10/9/2014 | Letter from DeBruin to Black and Maytubby | 3 | AR-003089-AR-003091 |
| 11/6/2014 | Letter from Hill to Chaudhuri | 2 | AR-003092-AR-003093 |
| 11/13/2014 | Jacobs Memorandum of Law in Support of Motion to Dismiss NDNY | 48 | AR-003094-AR-003141 |
| 11/13/2014 | Letter from DeBruin to Maytubby | 6 | AR-003142-AR-003147 |
| 12/2/2014 | Letter from Jacobs and George to Blackhair | 4 | AR-003148-AR-003151 |
| 12/9/2014 | Letter from DeBruin to Washburn | 4 | AR-003152-AR-003155 |
| 12/24/2014 | Letter from DeBruin to Black and Maytubby | 3 | AR-003156-AR-003158 |
| 12/30/2014 | Letter from Blackhair to DeBruin | 1 | AR-003159-AR-003159 |
| 1/7/2015 | Letter from DeBruin to Blackhair | 2 | AR-003160-AR-003161 |
| 1/21/2015 | Letter from DeBruin to Blackhair | 2 | AR-003162-AR-003163 |
| 2/16/2015 | Letter from Bennett et al to Blackhair | 23 | AR-003164-AR-003186 |
| 2/16/2015 | Letter from DeBruin to Poitra | 4 | AR-003187-AR-003190 |
| 2/17/2015 | Letter from Bennett to Poitra | 6 | AR-003191-AR-003196 |
| 2/18/2015 | Email from Halftown to Blackhair | 1 | AR-003197-AR-003197 |
| 2/18/2015 | Letter from Jacobs et al to Poitra et al | 18 | AR-003198-AR-003215 |
| 2/20/2015 | Poitra Decision | 18 | AR-003216-AR-003233 |
| 6/17/2015 | IBIA Order Making Poitra Decision Effective Immediately | 10 | AR-003234-AR-003243 |
| 9/30/2015 | Amendments of Solicitation, etc. | 2 | AR-003244-AR-003245 |
| 6/14/2016 | Letter from Halftown et al to Smith et al | 16 | AR-003246-AR-003261 |
| 6/17/2016 | Letter from Maytubby to Thompson | 2 | AR-003262-AR-003263 |
| 6/20/2016 | Letter from Heath to Maytubby | 2 | AR-003264-AR-003265 |
| 6/23/2016 | Letter from Blackchair to Heath | 1 | AR-003266-AR-003266 |
| 7/1/2016 | Letter from Heath to Smith et al - Exhibits | 32 | AR-003267-AR-003298 |
| 7/1/2016 | Letter from Heath to Smith et al | 39 | AR-003299-AR-003337 |
| 7/5/2016 | Letter from Holch at Heath | 2 | AR-003338-AR-003339 |
| 7/6/2016 | Letter from Halftown to Cayuga Nation | 10 | AR-003340-AR-003349 |
| 7/8/2016 | Letter from Heath to Maytubby | 2 | AR-003350-AR-003351 |
| 7/25/2016 | Letter from Jacobs to Cayuga Nation | 1 | AR-003352-AR-003352 |
| 8/2/2016 | Cayuga Nation ABC Ordinance | 3 | AR-003353-AR-003355 |
| 8/2/2016 | Letter from Halftown to Smith et al | 2 | AR-003356-AR-003357 |
| 8/31/2016 | Letter from Bennett to Maytubby | 1 | AR-003358-AR-003358 |
| 8/31/2016 | Letter from Tallchief to Maytubby | 1 | AR-003359-AR-003359 |
| 9/15/2016 | Cayuga Nation ABC Ordinance and Transmittal Letter | 7 | AR-003360-AR-003366 |
| 9/15/2016 | Cayuga Nation - ISDA Grant Application | 6 | AR-003367-AR-003372 |
| 9/15/2016 | Statement of Support Results Sheet | 1 | AR-003373-AR-003373 |
| 9/21/2016 | BIA Summary of Statement of Support Verification Meeting | 1 | AR-003374-AR-003374 |
| 9/27/2016 | Jacobs ISDA Participation Resolution | 1 | AR-003375-AR-003375 |
| 9/30/2016 | Jacobs Cover Letter re ISDA Submission | 1 | AR-003376-AR-003376 |

| Date | Description | Pages | Bates Range |
|---|---|---|---|
| 9/30/2016 | Jacobs ISDA Submission | 4 | AR-003377-AR-003380 |
| 10/6/2016 | Cayuga Nation Fact Sheet | 2 | AR-003381-AR-003382 |
| 10/6/2016 | Halftown Letter to Cayuga Nation | 1 | AR-003383-AR-003383 |
| 10/6/2016 | Halftown Letter to Smith et al | 21 | AR-003384-AR-003404 |
| 11/1/2016 | RD Reference Document List | 2 | AR-003405-AR-003406 |
| 11/1/2016 | RD Scheduling Order | 2 | AR-003407-AR-003408 |
| 11/14/2016 | Halftown Opening Brief - RD | 19 | AR-003409-AR-003427 |
| 11/14/2016 | Jacobs Opening Brief - RD | 90 | AR-003428-AR-003517 |
| 11/29/2016 | Halftown Response Brief - RD | 18 | AR-003518-AR-003535 |
| 11/29/2016 | Jacobs Response Brief - RD | 24 | AR-003536-AR-003559 |
| 12/15/2016 | BIA Return Letter of Jacobs ISDA Proposal | 3 | AR-003560-AR-003562 |
| 12/15/2016 | RD Decision Letter | 29 | AR-003563-AR-003591 |
| 1/13/2017 | Jacobs IBIA Notice of Appeal With Exhibits | 60 | AR-003592-AR-003651 |
| 1/23/2017 | IBIA Notice of Appeal Receipt - Pre Jurisdiction Order for Briefing | 6 | AR-003652-AR-003657 |
| 1/23/2017 | IBIA Orders re Jacobs Appeal | 6 | AR-003658-AR-003663 |
| 1/26/2017 | Letter from Matubby to Halftown | 2 | AR-003664-AR-003665 |
| 1/31/2017 | AS-IA Assumption of Jurisdiction Over IBIA Appeal | 6 | AR-003666-AR-003671 |
| 1/31/2017 | AS-IA Withdrawal of Delegation to RD | 1 | AR-003672-AR-003672 |
| 2/2/2017 | IBIA Order for Additional Statements and Order Vacating Delegation Briefing | 6 | AR-003673-AR-003678 |
| 2/13/2017 | AS-IA Order re Briefing Schedule and Administrative Record | 5 | AR-003679-AR-003683 |
| 2/14/2017 | Jacobs Statement and Response to IBIA Orders | 18 | AR-003684-AR-003701 |
| 2/14/2017 | Jacobs Statement of Jurisdiction and Right to Hearing | 18 | AR-003702-AR-003719 |
| 2/14/2017 | RD IBIA Filing on Jurisdiction | 12 | AR-003720-AR-003731 |
| 2/28/2017 | Interested Party IBIA Filing on Jurisdiction | 18 | AR-003732-AR-003749 |
| 2/28/2017 | Jacobs' IBIA Response Brief | 16 | AR-003750-AR-003765 |
| 2/28/2017 | RD Certification of Administrative Record to AS-IA | 1 | AR-003766-AR-003766 |
| 3/10/2017 | IBIA Transfer of Appeal to AS-IA | 5 | AR-003767-AR-003771 |
| 3/15/2017 | Briefing Schedule for AS-IA Appeal | 4 | AR-003772-AR-003775 |
| 3/30/2017 | Appellant's Opening Brief - AS-IA | 33 | AR-003776-AR-003808 |
| 5/1/2017 | Appellee Opposition Brief - AS-IA | 19 | AR-003809-AR-003827 |
| 5/1/2017 | Interested Parties Opposition Brief - AS-IA | 32 | AR-003828-AR-003859 |
| 5/15/2015 | Appellant's Reply Brief - AS-IA | 16 | AR-003860-AR-003875 |
| 7/13/2017 | Signed AS-IA Decision on Appeal | 31 | AR-003876-AR-003906 |

| Acronyms and Abbreviations | |
|---|---|
| AS-IA | Assistant Secretary Indian Affairs |
| RD | Regional Director |
| ISDA | Indian Self-Determination and Education Assistance Act |
| SOL | Department of the Interior Office of the Solicitor |
| BIA | Bureau of Indian Affairs |
| IBIA | Interior Board of Indian Appeals |